UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ANDRES SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:14-CV-386 RM |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

Andres Sanchez, a *pro se* prisoner, filed a habeas corpus petition challenging ISP 13-09-61, a prison disciplinary proceeding held at the Indiana State Prison on September 6, 2013, where the Disciplinary Hearing Body (DHB) found him guilty of Threatening in violation of B-213 and sanctioned him with the loss of commissary for 4 weeks. He didn't lose any earned credit time nor was he demoted in credit class. A prison disciplinary action can only be challenged in a habeas corpus proceeding when it results in the lengthening of the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary proceeding didn't result in the lengthening of the duration of Mr. Sanchez's confinement, habeas corpus relief isn't available. Because there is no relief that Mr. Sanchez can obtain in this habeas corpus proceeding, the petition is DENIED pursuant to SECTION 2254 HABEAS CORPUS RULE 4 and this case is DISMISSED.

SO ORDERED.

ENTERED: March  3 , 2014          /s/ Robert L. Miller, Jr.
                                  Judge
                                  United State District Court